IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY FRANCIS DURDEN, SR.,

       Plaintiff,                   No. CIV S-11-0215 EFB (TEMP) P

     vs.

ALBERTAZZI, et al.,

       Defendants.           <u>ORDER</u>

_____/

     In light of the document filed by plaintiff on March 30, 2011, IT IS HEREBY ORDERED that plaintiff is granted thirty days within which to provide the court with the documentation specified in the court's February 2, 2011 order. Plaintiff's failure to supply the required documentation within thirty days will result in dismissal.

DATED: April 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE