IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY FRANCIS DURDEN, SR.,

    Plaintiff,    No. CIV S-11-0215 EFB (TEMP) P

vs.

ALBERTAZZI, et al.,

    Defendants.    ORDER

                        /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        By an order filed February 22, 2011, plaintiff was ordered to submit a copy of his prisoner trust account statement in support of his request to proceed in forma pauperis. By an order filed April 5, 2011, plaintiff was given an extension of thirty days in which to comply with the February 22 order. The time limit for submitting the trust account statement has expired. Therefore, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE